UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| DANIKA- LEIGH CHAPMAN, | ) | |
| of Lewiston, County of | ) | |
| Androscoggin, State of | ) | |
| Maine | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | COMPLAINT |
| | ) | |
| UNITED STATES OF | ) | |
| AMERICA, POSTAL | ) | |
| SERVICE, an Agency Of | ) | |
| the United States Government | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BELINDA J. FRECHETTE, | ) | |
| of Jay, County of Franklin, | ) | |
| State of Maine, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

NOW COMES the Plaintiff, by and through her attorney, and complains against the Defendant as follows:

## COUNT I

1.  Plaintiff, Danika- Leigh Chapman is a resident of Lewiston, County of Androscoggin, State of Maine.

2.  Defendant Belinda J. Frechette (hereinafter "Defendant Frechette"), is a resident of Jay, County of Franklin, State of Maine.

3.  On or about May 19, 2014, at approximately 3:26 pm, Plaintiff Danika- Leigh Chapman was the driver of a 2005 Ford.  Said vehicle was moving in a southerly direction on a public way known as Franklin Road in Jay, County of Franklin, State of Maine.

4.  On said date and time, Defendant Frechette was operating a 1988 MG which was moving in a southerly direction on Franklin Road, County of Franklin, State of Maine.

1

5.  At said time and place, Defendant Frechette owed to Plaintiff the duty to use care to operate said vehicle in such a way as to avoid causing vehicle collisions.

6.  At said time and place, Defendant Frechette, being unmindful of his duty aforesaid did negligently and carelessly drive and operate his vehicle in such a manner that he caused it to collide with the Plaintiff's vehicle.

7.  Defendant Frechette was further negligent at said time and place in that:
a.  he failed to see the Plaintiff's vehicle, although by exercise of due care he could have seen said vehicle in time to avoid striking it;
b.  he failed to yield the right of way to the Plaintiff's vehicle;
c.  he was inattentive in operating said automobile.

8.  As a direct and proximate result of the negligence of the Defendant Frechette aforesaid, the Defendant's vehicle struck the vehicle operated by the Plaintiff, as a result of which Plaintiff received great injuries of mind and body.

9.  Said injuries caused great pain and suffering and mental anguish to Plaintiff and required hospitalization and medical treatment for which Plaintiff is liable financially, have caused Plaintiff to lose wages and prevented her from performing her usual employment, resulting in an impaired earning capacity, and have caused her loss of enjoyment of life, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

WHEREFORE, Plaintiff Danika-Leigh Chapman prays judgment that is reasonable against Defendant Frechette, plus interest and costs in this Count I.

## COUNT II

1. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 9 above and incorporates the same herein by reference.

2.  Defendant United States Postal Service (hereinafter "Defendant USPS") of Jay, County of Franklin, State of Maine.

3.  Defendant Frechette, was at all pertinent times the agent, servant or employee of Defendant USPS, and was operating the said vehicle owned by the said defendant for the benefit of the defendant and in the course of its business.

WHEREFORE, Plaintiff Danika-Leigh Chapman prays judgment that is reasonable against Defendant USPS, plus interest and costs, in this Count II.

DATED at Lewiston, Maine, this  1st   day of May, 2015

/s/ Christian Lewis
_____
Christian J. Lewis, Esq., Bar No.:  10034
Attorney for Plaintiff
Hardy Wolf and Downing, PA
PO Box 3065
Lewiston, Maine 04243-3065
207-784-1589