UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **DANIKA-LEIGH CHAPMAN** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:15-cv-00162-DBH |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

ORDER OF DISMISSAL

This action having been reported settled by counsel on April 26, 2016, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

CHRISTA K. BERRY
CLERK


BY: /s/ Jenifer Bennett
Deputy Clerk

Dated this 27th day of May, 2016.